MABEL OWENS LEARY, Appellant, v. DANIEL BELL LEARY, Respondent.— Order affirmed, with ten dollars costs and disbursements, as a matter of discretion on the ground that the plaintiff has an adequate remedy in an action at law. (Rules Civ. Prac. rule 212; *Newburger v. Lubell*, 257 N. Y. 383; *Mitchell v. Dunmore*

*Realty Co.*, 135 App. Div. 583; *National Park Bank* v. *Billings*, 144 id. 536; affd. on opinion below, 203 N. Y. 556.) All concur. (The order grants defendant's motion to dismiss plaintiff's complaint in an action for a declaratory judgment.) Present — Sears, P. J., Edgcomb, Lewis, Cunningham and Taylor, JJ.